**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MICHAEL COURTS HESTER, | ) | NO. CV 12-5826-JVS(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DEPT. OF CORRECTIONS, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: January 28, 2013.

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE